# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

DANIEL KRISTOPHER LARSON,  )
*Plaintiff*                )
v.                         )  Civil Action No.  4:14-cv-05051-EFS
                           )
                           )
DEPARTMENT OF STATE,       )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   the Petition for Writ of Mandamus is DENIED. In light of this dismissal and to spare Mr. Larson the financial obligations of the Prison Litigation Reform Act of 1995, 28 U.S.C. § 1915(b), IT IS FURTHER ORDERED Petitioner's pending application to proceed in forma pauperis is DENIED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:  July 1, 2014                    *CLERK OF COURT*

                                       SEAN F. McAVOY

                                       s/ Sheila Parpolia
                                       *(By) Deputy Clerk*

                                       Sheila Parpolia